**Buimuiwrone Alfred TARR, Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

**No. 11–3316.**

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 23, 2012.

Filed: Oct. 26, 2012.

Buimuiwrone Alfred Tarr, St. Paul, MN, pro se.

Scott Baniecke, U.S. Immigration & Naturalization Service, Bloomington, MN, Jamie M. Dowd, Karen Yolanda Drummond, Richard M. Evans, Assistant Director, Jane Tracey Schaffner, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

[Unpublished]

PER CURIAM.

Mr. Buimuiwrone Alfred Tarr petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of Mr. Tarr's request for temporary protected status. We lack jurisdiction to review the BIA's decision to deny Mr. Tarr temporary protected status because that decision was specifically within the BIA's discretion, and because Mr. Tarr has not raised any constitutional claim or legal issue to challenge it. *See* 8 U.S.C. §§ 1252(a)(2)(B)(ii), 1252(a)(2)(D), 1254a(a)(1). Accordingly, we dismiss the petition for review. Respondent's pending motion is denied as moot.